IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LONZO J. STANLEY,

    Petitioner,                               JUDGMENT IN A CIVIL CASE

   v.                                          Case No. 15-cv-222-bbc

UNITED STATES OF AMERICA,

    Respondent.

---

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Lonzo J. Stanley denying his motion for post conviction relief under 28 U.S.C. § 2255.


    s/ J. Smith, Deputy Clerk                      6/5/2015
    Peter Oppeneer, Clerk of Court                 Date