IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LONZO J. STANLEY,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                      Case No. 15-cv-222-bbc

UNITED STATES OF AMERICA,

    Defendant.

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that petitioners Lonzo J. Stanley's motion for post conviction relief under U.S.C.§ 2255 is DENIED.

           s/V. Olmo                                    11/13/2015
Peter Oppeneer, Clerk of Court                  Date