IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

LONZO STANLEY, )
        Petitioner, )
)
v. ) 03-cr-62-jcs
) 15-cv-222-bbc
UNITED STATES OF AMERICA, )
        Respondent. )

DOC NO
REC'D/FILED
2015 DEC -7 AM 11: 08
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## NOTICE OF APPEAL

COMES NOW Lonzo Stanely, Petitioner in the above-styled action, and notifies this Honorable Court that he is appealing the November 9, 2015 denial of his motion for post-conviction relief and his motions to alter or amend judgment.

Respectfully submitted,

Dated: November 30, 2015

*Lonzo Stanley*
Lonzo Stanley

## CERTIFICATE OF SERVICE

I certify that, on this 30th day of November, 2015, I mailed a copy of the foregoing to counsel for the Respondent.

*Lonzo Stanley*
Lonzo Stanley