IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LONZO STANLEY,

                                                                  ORDER

                Petitioner,

                                                      03-cr-62-bbc
                                                      15-cv-222-bbc

     v.

UNITED STATES OF AMERICA

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioner Lonzo Stanley has filed a notice of appeal of the court's November 9, 2015 order denying his motion for post conviction relief under 28 U.S.C. § 2255. Petitioner's notice of appeal was not accompanied by the $505 fee for filing an appeal. 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22. Therefore, I construe it as including a request for leave to proceed <u>in forma pauperis</u> on appeal under 28 U.S.C. § 1915. According to 28 U.S.C. § 1915(a)(3), "an appeal may not be taken <u>in forma pauperis</u> if the trial court certifies in writing that it is not taken in good faith." I do not find petitioner's appeal taken in bad faith.

1

ORDER

IT IS ORDERED that petitioner Lonzo Stanley's request for leave to proceed <u>in forma pauperis</u> on appeal is GRANTED.

Entered this 8th day of December, 2015.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge